

**From:** "Dompierre, Mulet (DOC)" <Mulet.Dompierre2@dc.gov>
**Date:** April 23, 2020 at 7:46:49 AM EDT
**To:** "DOC Incident Notification Mailing List (DOC)" <DOCIncidentNotificationMailingList@dc.gov>
**Subject: Planned use of force**

*This email has been reviewed by Captain Mulet Dompierre and is being sent on behalf of Lieutenant Ejikeme Onukwubiri.*

This is an initial notification of an authorized use of force on C-CARD shift involving inmates Nicks, Antonio 332-629 (Superior Court inmate and Robinson, Terrance DCDC #352-661 (District Court inmate) on April 22, 2020 at the Central Detention Facility. I, Lieutenant Ejikeme Onukwubiri was assigned as the zone on Supervisor.

On Wednesday, April 22, 2020, at approximately 8:20 p.m. I, Lt. Onukwubiri was contacted by the unit Officer, Officer Kwene, Vitalis during the unit feeding informing me, Onukwubiri that the unit inmates were placing their hands on the food slot and therefore hindering the officers on from performing their duty effectively. I immediately proceeded to the unit to find out why the inmates were placing their hands on the food slots.

Upon my arrival, the entire unit was in chaos as inmates were banging and shouting my name all over the unit. I then craved their indulgence to calm down in order to give me chance to look into their concerns. The reason why they were placing their hands on the food slots was because they claimed that they did not get any recreation for almost four days in a row and some of them who had shower claimed that they did not get their telephone calls. At this time, I continued to persuade them to close their slots.  At approximately 8:55 p.m. the slots were secured and medication Nurse, Johnson entered the unit. While the medication was in progress, the above mentioned inmates started to place their hands on the food slot again for the mere reason that they did not their shower for four days in a row.

I then went up to talk to them and some of the inmates who placed their hands on the food slot started giving up their slots with the exception of the above mentioned inmates/cell_21 occupants who refused to give up their slots. After my pleading to them to give up the slots proved abortive, I then contacted the Shift Commander, Captain Mulet Dompierre and I requested for permission to use force to bring these inmates into compliance. Captain Dompierre then obtained permission from the Deputy Warden Landerkin. I then went back to these inmates asked them to move their hands off the food slot so that we could continue the medication and they still refused. At this time, I, Lieutenant Onukwubiri dispersed a burst of oleoresin Capsicum into their cells to gain their compliance.

They were escorted to the Infirmary for decontamination. Upon their arrival, the attending Physician, Dr. Becks, Kimball requested for them to be allowed to get their shower and change of clothes. These inmates were then escorted to the inmates Reception Center (IRC) for shower and change of clothes. Upon their completion, they were returned back to the Infirmary and they were seen by Dr. Becks. Injury reports were completed by Dr. Becks. After being seen, they were returned to their clean cells without any problem. They have been informed that Disciplinary reports would be submitted for their conducts. DCDC-1 reports were written by all involved. Photographs of these inmates were taken for the record.

Surveillance specialist, Ms. Flaggs, Amoni was notified to download the video into the major's box.

Record office could not be reached but a look at the JACCS shows that inmate Nicks, Antonio 332-629 is a Superior Court inmate while inmate Robinson, Terrance 352-661 is a District Court inmate. Thus, notification will be made to Mr. Henry Alvarez of the US Marshall via the e-mail. Detail will be followed the next business day.

Further notification was made through the chain of command in compliance with policy and procedure 1280.2I and stopped at the level of Major Rhonda Dorsey.

This is an initial report. Incident tracking number is **00568-2020-CDF**.

Captain Mulet Dompierre
DC Department of Correction
Correctional Treatment Facility
1901 D Street S.E.
Washington D.C. 20003
Work: (202) 790-6670
Cell: (202) 531-1365



**From:** "Blackmon, Keena (DOC)" <Keena.Blackmon@dc.gov>
**Date:** April 23, 2020 at 4:11:03 PM EDT
**To:** DOC CDF Mailing List <DOCCDFMailingList@dc.gov>, DOCHQMailingList <DOCHQMailingList@dc.gov>
**Subject: Coronavirus Update: DC Department of Corrections reports new positive cases of COVID-19**



**DC Department of Corrections reports new positive cases of COVID-19**

The DC Department of Corrections (DC DOC) has been notified that six additional residents in DOC custody have tested positive for COVID-19. A total of 47 residents who tested positive are in isolation and 62 individuals who recovered from their illness have been returned to the general population.

Information on the new positive cases:

- 27 year old male;
- 28 year old male;
- 28 year old male;
- 28 year old male;
- 35 year old male; and
- 41 year old male

All six of the residents were housed at the Central Detention Facility. The residents are currently in isolation and being monitored by medical staff according to guidelines from the Centers for Disease Control and Prevention (CDC) and DC Health.

The DC DOC's Medical Department and Unity Healthcare use the CDC's "Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities" to determine if a resident is cleared to be released from isolation and returned to the general population.

This determination requires the resident to be free from fever for at least 72 hours without the use of fever-reducing medications; improvements in the resident's other symptoms, such as coughing and shortness of breath; and at least 7 days have passed since the first symptoms appeared.

DC DOC's Medical Department and Unity Healthcare are working with DC Health on contact tracing and to protect the health and wellbeing of all individuals in DOC's facilities.

Take care of yourself and one another. If you feel sick, do not come to work. Your health and safety are our top priority.

For more information on the District's response to COVID-19, visit https://coronavirus.dc.gov .

And for the most up-to-date data on the coronavirus (COVID-19), please visit: https://coronavirus.dc.gov/page/public-safety-agency-covid-19-case-data .

For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.

J. MICHAEL HANNON *
DANIEL S. CROWLEY *†‡
PARTNERS

———————

ANN-KATHRYN SO §
TALON R. HURST *§
ERIK H. FAWCETT ||
DAVIS C. RAJTIK †
ASSOCIATES

HANNON LAW GROUP, LLP
COUNSELORS AND ATTORNEYS AT LAW
333 8TH STREET NE
WASHINGTON, DC 20002
EST. MARCH 17, 2006

———————

T (202) 232-1907 | F (202) 232-3704
www.hannonlawgroup.com

WILLIAM CLAYTON BATCHELOR *†
OF COUNSEL

———————

* ALSO ADMITTED IN MARYLAND
† ALSO ADMITTED IN VIRGINIA
‡ ALSO ADMITTED IN MASSACHUSETTS
§ALSO ADMITTED IN NEW JERSEY
|| ADMITTED IN MARYLAND ONLY;
UNDER SUPERVISION OF J. MICHAEL HANNON

April 23, 2020

## PRESS RELEASE ON BEHALF OF
## THE FRATERNAL ORDER OF POLICE
## DEPARTMENT OF CORRECTIONS LABOR COMMITTEE

Today just before 5:00 p.m., the District of Columbia Public Employee Relations Board (PERB) voted unanimously to grant, in part, the Fraternal Order of Police Department of Corrections Labor Committee's (Union) Emergency Unfair Labor Practice Complaint against the Department of Corrections (DOC).

PERB ordered, forthwith, that the DOC restore "Official Time" to the Union. "Official Time" is provided to Union elected members by the Collective Bargaining Agreement to allow each elected member to conduct Union work during the day for four hours. The Union argued that removal of "Official Time" by the DOC on April 9 is not warranted by the Mayor's Emergency Orders and constitutes an effort to silence the Union during this crisis.

PERB also ordered, forthwith, that the DOC bargain in good faith with the Union over the Health and Safety conditions caused by COVID-19 at the D.C. Jail. The Union complained to PERB that the DOC has refused to meet with them since January of this year. The Union maintains that DOC has refused to communicate so that the Union members would not know the true extent of how unprepared the DOC is for dealing with COVID-19. In particular, DOC is not conducting "contact tracing" of infected inmates and staff, which would likely require Correctional Officers to return home on a 14-day quarantine. DOC hopes that Correctional Officers will report to work, despite the possibility they are infected.

PERB also ordered, forthwith, that the DOC begin "Impact and Effects" bargaining over the recent decision of DOC to go to a 12-hour shift. Since implementation of the 12-hour shift – on April 12, 2020 – some Correctional Officers have been denied lunch breaks while on shift. In the last few days, Correctional Officers leaving their 12-hour shift have been called back from the parking lot to work a second 4 hour shift. On several occasions, at the conclusion of the 4 hours, the Officer is not relieved and must work two straight 12-hour shifts. In addition, civilian workers in the surveillance unit have been ordered to work on the housing units, along with supervisors.

Last night Officers were authorized to use OC spray to suppress a protest in one housing unit. This morning at 3:40 a.m. in another housing unit, a Code Blue was called to subdue an inmate who refused to return to his cell. This morning an inmate was taken out of the Jail by ambulance, and a second inmate was taken out by ambulance this afternoon.



From: "Johnson, Laretta (DOC)" <laretta.johnson@dc.gov>
Date: April 23, 2020 at 12:07:32 PM EDT
To: "DOC Incident Notification Mailing List (DOC)" <DOCIncidentNotificationMailingList@dc.gov>
Subject: Incident Notification/911 Transport Inmate

**The following email is being sent as a notification of 911 Medical Transport of Inmate Rezeine Musa#341048.  I, Captain Laretta Johnson ,  was assigned to provide Supervision over Housing Units NW1, NW2, SW2 and SW3.**

At approximately 9: 15am I entered Housing Unit NW1.  While I was making rounds on Housing Unit NW1, I noticed that **Inmate**                          , who was designated by Medical Staff to move to Isolation Unit NO2 on the previous evening, was still inside of cell#08 on NW1. I directed Inmate         to pack up his property and prepare to move.  Inmate        was laying on his bunk sweating profusely.   Inmate        stated that he could not move and requested to be seen by medical.  At that point Medical Staff was entering the unit to do temperature checks, so I directed them to come to cell 8 to treat Inmate        .  After checking Inmate        vital signs, the medical staff deemed it necessary for Inmate       to be transported to the Hospital by ambulance.

At approximately 10am Inmate ▮▮▮▮ was transported to the Infirmary on a gurnery where he received medical treatment until the paramedics arrived.   At 11:04 am Ambulance 19 entered the facility.

At 11:41am Inmate ▮▮▮▮ was escorted to a local area hospital accompanied by armed Officers Private M. Ogungbemi and Cpl. N. Oneal.

Inmate ▮▮▮▮ was conscious and responsive when he departed the facility.

No foul play is suspected in this incident.

Records Specialist Mrs. Ahmadu reported that Inmate ▮▮▮▮ is **Not a Federal Inmate**.

At the time of this notification Inmate ▮▮▮▮ was still at the Hospital receiving treatment.

Notification of this incident was made to Major A. Miles.

Incident Tracking#00572-2020-CDF was assigned to this incident.

**Laretta Johnson**

**Administrative Captain**

**DC Department of Corrections**

**Central Detention Facility**

**Number Two Shift**

**1901 D. Street S.E. Washington, DC 20003**

W:   (202)  523-7007

C:   (202)  549-6759

email: laretta.johnson@dc.gov


For the latest information on the District Government's response to COVID-19 (Coronavirus), please visit coronavirus.dc.gov.



**From:** "Dompierre, Mulet (DOC)" <Mulet.Dompierre2@dc.gov>
**Date:** April 23, 2020 at 10:43:27 AM EDT
**To:** "DOC Incident Notification Mailing List (DOC)" <DOCIncidentNotificationMailingList@dc.gov>
**Subject: Inmate Assault on Staff**

*This email has been reviewed by Captain Mulet Dompierre and is being sent on behalf of Lieutenant Isiac Prosise.*

This email serves as notification of an Inmate Assault on staff which occurred in the North–Two Housing unit (Isolation Unit) on the C-Card Shift on Thursday April 23, 2020 at the Central Detention Center. I, Lieutenant Isiac Prosise was assigned as the Zone Two Supervisor.

At approximately 3:40 a.m., A Code Blue was called on unit North –Two by Sergeant James Williams. All Available staff responded to the unit and assisted the unit officers in securing the Inmate.

Sergeant Williams explained that while Officer Olanrewaju Ibiwoye was feeding the the lower right tier of the unit. While feeding the tier Inmate ███ cell #38 who just completed his shower came off the tier and began giving food trays two random cells. Officer Ibiwoye gave Inmate ███ several directives to return to his cell. Inmate ███ then pushed officer Ibiwoye and then started throwing closed fist hitting officer Ibiwoye in the right shoulder and chest area. Officer Ibiwoye defended himself and evaded the inmates attack until assistance arrived. Sergeant Edward Harrington arrived on the unit and deployed inflammatory agents to the face of Inmate ███ and giving loud verbal commands to get on the floor. Inmate ███ complied and submitted the restraints. Sergeant Adediji Abeyole and Private James Pailin escorted inmate ███ off the unit.

Inmates ███ escorted off the unit to the infirmary. Dr Kimble Beck instructed the officers to have them take shower and return.

Inmate ███ was being decontaminated in IRC male showers and issued clean clothes and returned to the infirmary.

Inmate ▉▉▉▉ evaluated and cleared to return to North Two (Isolation Unit). Inmate ▉▉▉▉ was placed in #66 until cleared to be placed in restrictive housing.

Surveillance Specialist Matthews was contacted and advised that the footage was downloaded to the majors' folder.

Pictures were taken by me for the record.

Inmate ▉▉▉▉ will receive a Disciplinary Report for Class I 107- Assault with Injury

According to Jaccs System, is a Superior Court Inmate (non-Federal).This Information will be verified by the record Office?

Officer was seen by Dr. Beck and completed a Fitness for Duty and return to duty.

Workers Compensation was called and submitted for Officer Ibiwoye Compensation WC # (I-20-001573)

 Pictures of the aforementioned parties were taken for the record.

Notification through the chain of command was made in compliance with policy and procedure 1280.2I and stopped at the level of Major Dorsey. Additional notification was made to union representation, B. Olubassusi.

Additional information will be included in Incident Tracking **00571-2020-CDF**

Captain Mulet Dompierre
DC Department of Correction
1901 D Street S.E.
Washington D.C. 20003
Work: (202) 790-6670
Cell: (202) 531-1365