## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :    **Criminal No. 1:20-MJ-00068 (DAR)** |
| | : |
| **THEODORE DOUGLAS** | : |
| _____ | |

### NOTICE OF FILING

Theodore Douglas, through undersigned counsel, requests that the attached be made part of the record.

 

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

# FEDERAL PUBLIC DEFENDER
## DISTRICT OF DISTRICT COLUMBIA

_____
**625 Indiana Ave. NW.**
**Washington, DC 20004**
**(202) 208-7528**
**FAX (202) 208-7515**

| | | |
|---|---|---|
| **FEDERAL PUBLIC DEFENDER**<br>A.J. KRAMER | **Appellate Counsel**<br>Lisa Wright<br>Rosanna Taomina<br>Sandra Roland<br>Tony Axam | **ASSISTANT FEDERAL PUBLIC DEFENDERS**<br>CARLOS VANEGAS<br>DANIELLE JAHN<br>DAVID BOS<br>MARY PETRAS<br>MICHELLE PETERSON<br>TONY MILES |

**April 24, 2020**

Steven Wasserman
USAO-DC
555 Fourth St. NW
Washington DC 20053
     Re:    United States v. Theodore Douglas

Dear Mr. Wasserman:

    I am writing to request initial discovery under Rule 16 in Mr. Douglas' case. I am requesting statements, police paperwork and body worn camera. I also request all scientific reports, expert notice and evidence of uncharged misconduct. I also request any other materials you have that are material to the preparation of Mr. Douglas' defense.

    I recognize that this is an unusual time but now that Mr. Douglas has been detained preventatively, I wanted to let you know that I will be asking for trial as soon as possible. To that end, I hope that you would see fit to provide discovery quickly.

    Please let me know if you have any questions.

                  Best,

                  /s/

                  Gene Ohm