UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:20-mj-00068(DAR) |
| | : | |
| v. | : | |
| | : | |
| **THEODORE DOUGLAS,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

This United States Magistrate Court for the District of Columbia hereby issues this Order in response to the Government's Motion to Continue the Preliminary Hearing, filed on April 28, 2020.

The Court finds that the recent outbreak of Coronavirus Disease 2019 (COVID-19) in the United States and in the D.C. Metropolitan area represents a legitimate public health emergency. The Court finds that the COVID-19 outbreak has significantly reduced court operations, in order to protect the public from unnecessary and dangerous viral exposure. Thus, the Court finds that the COVID-19 outbreak represents an "extraordinary circumstance" pursuant to Federal Rule of Criminal Procedure 5.1(d) and that justice requires a delay of the preliminary hearing.

THEREFORE, the Court grants the Government's Motion, and continues the abovementioned hearing(s) to June 15, 2020.

_____
Deborah A. Robinson
U.S. MAGISTRATE JUDGE

cc:     ECF Parties of Record