**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 20-mj-068** |
| **v.** : | |
| : | |
| **TAVONTE WILLIAMS, and** : | |
| **THEODORE DOUGLAS,** : | |
| : | |
| **Defendants.** : | |

## CONSENT PROTECTIVE ORDER GOVERNING DISCOVERY OF BODY WORN CAMERA MATERIALS

To expedite the flow of discovery of body-worn-camera ("BWC") materials between the parties, and to adequately protect personal identifying information and other sensitive information, it is, pursuant to the Court's authority under Federal Rule of Criminal Procedure 16(d)(1), hereby ORDERED:

1. **Limitations on Use -** All BWC materials provided by the United States in preparation for, or in connection with, any stage of this case (collectively, "the BWC materials") are subject to this protective order ("the Order"). Subject to the limitations contained in this Order, these BWC materials may be used by the defendant and the legal defense team solely in connection with the defense of this case, including any appeal and post-conviction proceedings, and for no other purpose, and in connection with no other case, without further order of this Court.

2. **Legal defense team** - The legal defense team includes all agents, representatives, and employees of the individual defense counsel or the Federal Public Defender's Office. The legal defense team shall not include the defendant, the defendant's family members, or friends or known associates of the defendant.

1

3. **Limitation on disclosure beyond the legal defense team –** Except as provided by this Order, the legal defense team shall not disclose the BWC materials or their contents directly or indirectly to any person, entity, or public forum, other than members of the legal defense team. Subject to the limitations described below, defense counsel may authorize the viewing of BWC materials by: (1) the defendant; and (2) other persons to whom this Court may authorize disclosure, including the Defendant's prior Superior Court attorneys (collectively, "court-authorized persons").

4. **Limitations on copying BWC materials -** The legal defense team may make copies or electronically reproduce the BWC materials as deemed necessary by defense counsel for use in connection with this case.

5. **Preventing duplication of BWC materials during viewings -** If defense counsel authorizes the BWC materials to be viewed by the defendant or any court-authorized person, defense counsel shall ensure that the defendant or such court-authorized person does not photograph, take screen shots, or otherwise duplicate or disseminate the BWC materials.

6. **Notification regarding this Order -** Defense counsel must provide members of the legal defense team, the defendant, and any other court-authorized person, with a copy of this Order before providing them with access to, or permitting them to view, BWC materials.

7. **Viewing by incarcerated defendants –** If the defendant is incarcerated by the District of Columbia Department of Corrections (hereinafter "DCDOC"), defense counsel is authorized to provide a copy of the BWC materials to the DCDOC Office of General Counsel so that the defendant can view the BWC materials pursuant to DCDOC's alternative viewing procedure. Nothing in this Order relieves the defendant or the legal defense team of its obligation

to execute a waiver, or to comply with any other requirements established by the DCDOC's Procedures for Attorney Visitation and Discovery/Surveillance Review policy.

8. **Automatic exclusions from this Order -** The restrictions set forth in this Order do not apply to BWC materials that are, or later become, part of the public record, including materials that have been received in evidence in this or other public trials, or materials that are publicly released by this Office, or the government of the District of Columbia, including the Metropolitan Police Department. Further, the restrictions in this Order are not intended to limit the use of BWC materials in any judicial proceedings in this case, except as described below.

9. **Limited scope of this Order -** This Order does not constitute a ruling on the question of whether any particular BWC material is properly discoverable or admissible and does not constitute a ruling on any potential objection to the admissibility or discoverability of the BWC material.

10. **Modification -** Nothing in this Order shall be construed as a waiver or prevent any party from seeking modification of this Order, or from objecting to discovery that it believes to be otherwise improper.

SO ORDERED this  7th   day of     May    , 2020.

_____
G. MICHAEL HARVEY, Magistrate Judge
United States District Court
for the District of Columbia