UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 1:20-MJ-00068 (DAR)** |
| : | |
| **THEODORE DOUGLAS** : | |
| _____ | |

**ORDER**

Upon consideration of the Defendant's Motion to Reconsider Order Granting the Government's Motion to Continue Preliminary Hearing, it is hereby ORDERED that the Motion is GRANTED and that a Preliminary Hearing be set for May __, 2020 at __ am/pm.

**SO ORDERED.**

Dated: _____      _____
                                  THE HONORABLE G. MICHAEL HARVEY
                                  MAGISTRATE JUDGE
                                  UNITED STATES DISTRICT COURT FOR THE
                                  DISTRICT OF COLUMBIA