| | |
|---|---|
| **From:** | John Cramer |
| **To:** | Wasserman, Steve (USADC) |
| **Subject:** | RE: VTC Capabilities |
| **Date:** | Wednesday, May 13, 2020 11:41:40 AM |

Hi Steve – I'm starting to wonder where the "lost in translation" is occurring.

Here is a reply I copied and pasted (yellow hi-light below) in an e-mail to Tom Higgs, the FPD Systems Administrator, about them being able to share content over a VTC call.  As you can see, I told them that if they could figure out how to share content using a RealPresence program, and that said RealPresence program would connect to our VTC calls, then that was on them.  I also stated I had no idea what options were available to USAO staff.

If you want to share this reply with the Judge and/or Eugene Ohm, that is fine with me.

This e-mail contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the addressee(s) named above. If you are not the intended recipient of this e-mail, or an authorized employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this E-mail in error, please notify us by reply e-mail. Thank you for your cooperation.

**From:** John Cramer
**Sent:** Thursday, May 7, 2020 3:05 PM
**To:** Tom Higgs
**Subject:** RE: VTC option

Hi Tom  - as long as the Realpresence solution can connect to our VTC calls that are already running on the NVTCS platform (most users calling in w/Jabber plug-in) and the user (attorneys) know how to switch between camera and content, then I don't think it would be a problem.  As for what the USAO has, I haven't a clue.

**From:** Tom Higgs
**Sent:** Thursday, May 7, 2020 12:26 PM
**To:** John Cramer
**Subject:** RE: VTC option

Hi John, good afternoon. Hope all is going well.  I wanted to loop back around with you on the VTC support in the court. Our attorneys have requested ability to share materials at hearings remotely from there telework location, typically home.   The jabber guest client doesn't seem to support this option. However, in testing this week on the NVTCS system I think we have a satisfactory solution for now using the software VTC Realpresence client our agency is licensed to use.  Is this an acceptable solution from your perspective?   Do you know if the USAO has access to full jabber client? My understanding is that full JABBER client to do application sharing as well.

By the way, I have a solution to do the video calls over at the jail. I successfully tested that with them this week.

Thanks for all your past assistance and feedback on this.



Best,
Tom Higgs
_____
Computer Systems Administrator (CSA)
Office of the Federal Public Defender

---

**From:** Wasserman, Steve (USADC)
**Sent:** Wednesday, May 13, 2020 10:44 AM
**To:** John Cramer
**Subject:** VTC Capabilities

Hey John,

Hope you are well.  Eugene Ohm has filed a motion to reconsider the denial of his request for a preliminary hearing.  In his motion, he claims the following: "Since the hearing, the Computer Systems Administrator for the Federal Public Defender, has been working with the Court's Information Technology Chief John Cramer. They have determined that screen sharing can be accomplished through the court's software in conjunction with software licensed by the Federal Public Defender and the U.S. Attorney's Office for the District of Columbia. Specifically, the defense can use RealPresence in conjunction with the court's VTC. The U.S. Attorney's Office can use RealPresence of Webex to conduct hearings."

Can you please give me a call to discuss whether these representations are accurate, and if so, whether practically speaking, this will still require the parties to either be in court or their respective offices in order to utilize this technology.  My cell is _____. Thanks.

Steve