FID #
2147334

AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:20-mj-00068 |
| | ) | Assigned To : Robinson, Deborah A. |
| THEODORE B. DOUGLAS | ) | Assign. Date : 4/23/2020 |
| | ) | Description: Complaint with Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Theodore B. Douglas                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date:  04/23/2020

**Deborah A. Robinson**
Digitally signed by Deborah A. Robinson
Date: 2020.04.23 13:44:02 -04'00'

*Issuing officer's signature*

City and state:  Washington, DC

DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/23/20, and the person was arrested on *(date)* 4/23/20
at *(city and state)* Washington, DC

Date: 4/23/20

*Arresting officer's signature*

Alex Curro, OUSM
*Printed name and title*