UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 1:20-cr-121 (CJN)** |
| : | |
| **THEODORE DOUGLAS** : | |
| _____ | |

**MOTION FOR LEAVE TO LATE FILE**

Mr. Theodore Douglas, the defendant, through undersigned counsel, respectfully moves this Honorable Court to permit him to late file his Motion to Suppress Identification. In support of this motion, counsel submits the following.

1. On April 23, 2020, Mr. Douglas was charged by complaint. On July 21, 2020, Mr. Douglas was indicted in the District of the District of Columbia with the charge of unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1).

2. Mr. Douglas' motions were due on August 21, 2020. Mr. Douglas filed a Motion to Suppress on Fourth Amendment grounds. However, the defense did not file a Motion to Suppress Identification because counsel failed to appreciate that the government was intending to elicit identification testimony. Because the government appears to be intending to elicit identification testimony, Mr. Douglas now moves to late file his Motion.

3. Counsel thus requests that he be permitted to late file Mr. Douglas' Motion on August

1

31, 2020.

4. The United States does not oppose this Motion.

## **Conclusion**

For the reasons set forth above, and for such other reasons Mr. Douglas respectfully requests that this motion be granted and that he be granted leave to late file a Motion to Suppress Identifications in his case.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 1:20-cr-121 (CJN)** |
| : | |
| **THEODORE DOUGLAS** : | |
| _____ | |

## **ORDER**

Upon consideration of the defense's Motion for Leave to Late File, the Motion is hereby GRANTED and Mr. Douglas is permitted to file his Motion to Suppress Identification on August 31, 2020.

Date: _____

_____
The Honorable Carl Nichols
U.S. District Court
for the District of Columbia