UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Criminal No. 1:20-cr-121 (CJN)** |
| : | |
| **THEODORE DOUGLAS** : | |
| _____ | |

## ORDER

Upon consideration of the defense's Motion for Leave to Late File, the Motion is hereby GRANTED and Mr. Douglas is permitted to file his Motion to Suppress Identification on August 31, 2020.

Date: _____         _____
                                 The Honorable Carl Nichols
                                 U.S. District Court
                                 for the District of Columbia

3