# EXHIBIT A (Emailed to Chambers)

*(BWC of Officer Poupart)*