**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No.: 20-cr-121 (CJN)** |
| **v.** | : | |
| | : | |
| **TAVONTE WILLIAMS and** | : | |
| **THEODORE DOUGLAS,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for

the District of Columbia, respectfully requests that the attached expert notice, dated September 4,

2020, be made part of the record in the above-captioned case.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y.S. Bar No. 4444188

By: _____/s/_____
STEVEN B. WASSERMAN
DC Bar No. 453251
Assistant United States Attorney
555 4th Street, N.W. 4th Floor
Washington, D.C. 20001
(202) 252-7719 (Wasserman)
Steve.wasserman@usdoj.gov

## **<u>CERTIFICATE OF SERVICE</u>**

On this 4th day of September, 2020, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

_____/s/_____
STEVEN B. WASSERMAN
Assistant United States Attorney