|  |  |
|---|---|
| Government ☐ | |
| Plaintiff ☐ | |
| Defendant ☑ | |
| Joint ☐ | |
| Court ☐ | |

United States of America
VS.
Theodore B. Douglas (02)

Civil/Criminal No. CR 20-121 (CJN)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| D1 | Govt. Exhibit 2 (Still shot of walk path from ofc. King Body Cam 19:03:08) | 10/20/20 | 10/20/20 | ofc. Isaac Jackson | |
| D2 | Govt. Exhibit 5 (ofc. Stout Body Camera) | 10/20/20 | 10/20/20 | ofc. Maxwell Poupart | |
| D3 | Govt. Exhibit 4 (ofc. Poupart Body Camera) | 10/20/20 | 10/20/20 | ofc. Maxwell Poupart ofc. Brianna Taylor | |
| D4 | Video of Body Worn Camera (Brianna Taylor) | 10/20/20 | 10/20/20 | ofc. Brianna Taylor | |