Case 1:20-cr-00121-CJN   Document 51-1   Filed 11/03/20   Page 1 of 1

