

Government's Exhibit 2