**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | | **Criminal No. 1:20-cr-121 (CJN)** |
| | **:** | |
| **THEODORE DOUGLAS** | **:** | |

_____


**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT'S**
**MOTION TO SUPPRESS TANGIBLE EVIDENCE**

Mr. Theodore Douglas, the defendant, through undersigned counsel, respectfully requests

that this Court consider *United States v. Askew*, 529 F.3d 1119 (D.C. Cir. 2008) (en banc) with

apologies for the oversight.  *Askew* holds that the unzipping of a jacket to facilitate a showup

identification procedure was a search requiring probable cause.  *Id.* at 423-24.  In addition,

*Askew* reiterates the narrow scope of the plain-feel doctrine in *Minnesota v. Dickerson*. *Id.* at

428.


Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

1