UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No.   20-cr-121-02 (CJN) |
| v. | : | |
| **THEODORE DOUGLAS,** | : | |
| Defendant. | : | |

**STATEMENT OF THE OFFENSE**

Had this case proceeded to trial, the government's evidence would have established beyond a reasonable doubt that on April 22, 2020, at approximately 2:59 p.m., members of the Metropolitan Police Department (MPD), Narcotics and Special Investigations Division (NSID), were conducting an observation post in the 2300 block of 15th Street, Northeast, Washington, D.C. An undercover officer (UC) observed an individual, later identified as Theodore Douglas (Defendant Douglas), standing in the walkway between 2315 and 2317 15th Street, Northeast. Defendant Douglas acknowledges that the UC would testify that an individual, later identified as Tavonte Williams (Defendant Williams), approached Defendant Douglas and handed Defendant Douglas a black bag with shoulder straps. Defendant Douglas put this black bag onto his back, and then put his blue jacket on over the black bag. The UC then observed Douglas hand Williams an unidentified object.

The UC alerted other officers in the area and officers moved in to stop both Defendants Douglas and Williams. Both Defendants Douglas and Williams were stopped by separate officers and both defendants were later positively identified by the UC as the individuals observed exchanging the backpack and unidentified object. Defendant Douglas was found to be wearing a

1

backpack under his jacket, as observed by the UC. The officer who stopped Defendant Douglas then conducted an external frisk of the backpack worn by Defendant Douglas, and a later search of the backpack revealed the presence of a firearm inside the backpack.

Defendant Douglas was then placed under arrest. The firearm that was recovered from the backpack was determined to be a Sig Sauer, model P320, .40 caliber semiautomatic handgun. When the firearm was recovered, it was loaded with one (1) round in the chamber and twelve (12) rounds in a thirteen (13) round capacity magazine. The stop and search of Defendant Douglas was recorded on police body worn camera.

The defendant acknowledges that at the time he possessed the loaded .40 caliber semi-automatic pistol, he had previously been convicted of an offense for which the penalty was greater than one year of imprisonment, to wit, Carrying a Handgun, in the Circuit Court for Prince George's County, Maryland, Criminal Case Number CT090351X, and Unlawful Possession of a Firearm, in D.C. Superior Court, Criminal Case No. 2013-CF1-006028. The defendant also agrees and acknowledges that at the time he possessed the .40 caliber semi-automatic pistol, he was aware that he had a previous conviction for an offense for which the penalty was greater than one year of imprisonment, that the government's evidence at trial would establish that the Sig Sauer .40 caliber model P320 semi-automatic pistol and .40 caliber ammunition had been shipped or transported from one state to another, and that the firearm was capable of expelling a projectile by means of an explosive.

/S/*Steven Wasserman*
STEVEN B. WASSERMAN
Assistant United States Attorney

## Defendant's Acceptance

I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to fully understand this Statement of Offense. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_3-11-21_
Date

THEODORE DOUGLAS
Defendant

## Defense Counsel's Acknowledgment

I am Theodore Douglas' attorney. I have reviewed every part of this Statement of Offense with him. It accurately and completely sets forth the Statement of Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

_3/11/21_
Date

EUGENE OHM, Esq.
Attorney for the Defendant

3