**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-CR-121-02 (CJN)** |
| | : | |
| **v.** | : | |
| | : | |
| **THEODORE DOUGLAS,** | : | |
| | : | |
| Defendant. | : | |

## MOTION BY GOVERNMENT TO LATE FILE THE GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to allow the government to delay the filing of its sentencing memorandum until April 27, 2021.   In support of this motion, the government relies on the following points and authorities and any arguments that may be made at a hearing on this matter.

1.      This Court ordered the parties to file sentencing memoranda in this matter on April 23, 2021.   The sentencing hearing in this matter is currently scheduled to take place on April 30, 2021.   The Presentence Investigation Report (PSR) was filed by U.S. Probation at 3:30 p.m. today (April 23, 2021).   The PSR applied a sentencing enhancement for an obliterated serial number pursuant to U.S.S.G. § 2K2.1(b)(4) over the objections of both parties.   Undersigned counsel requests additional time to file the government's sentencing memorandum in order to consult with the Appellate Division of the United States Attorney's office as to the appropriate response to the conclusion in the PSR concerning application of the sentencing enhancement.   Due to the short time available to request permission to late file, undersigned counsel has not had an opportunity to ascertain defense counsel's position on the motion.

**WHEREFORE,** the government respectfully moves the Court to grant the government's motion to late file its sentencing memorandum and permit it to file the sentencing memorandum by April 27, 2021.

Respectfully submitted on behalf of the parties,

CHANNING D. PHILLIPS
Acting United States Attorney


_____/s/_____
Steven B. Wasserman
Assistant United States Attorney
D.C. Bar No. 453251
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7719
steve.wasserman@usdoj.gov


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of this pleading to be served via the electronic case filing system upon defense counsel, Eugene Ohm, this 23rd day of April 2021.


_____/s/_____
STEVEN B. WASSERMAN
Assistant United States Attorney