# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 20-CR-121-02 (CJN)** |
| | : | |
| **v.** | : | |
| | : | |
| **THEODORE DOUGLAS,** | : | |
| | : | |
| **Defendant.** | : | |

# ORDER

This matter comes before the Court upon a motion by the government to late file the government's sentencing memorandum. Upon consideration of that motion, and for good cause shown, it is hereby,

ORDERED, that the motion to late file the government's sentencing memorandum is GRANTED. It is further,

ORDERED that the government shall file its sentencing memorandum on or before _____ day of _____, 2021.

Date: ---------------------     _____
                                CARL J. NICHOLS, District Judge
                                United States District Court
                                for the District of Columbia