# EXHIBIT A

To Whom it may Concern,

This letter is from Mr. & Mrs. Theodore B Douglas Jr.. The parents of Theodore B. Douglas III.

We are writing this letter on behalf of Theodore. Our son does understand the seriousness of his actions and the effects it's had on his immediate family. Theodore has two kids now, his Son is 3 years old and his Daughter is 3 months. Before his children where born Theodore was only responsible for himself. At this present point in life we and our son strongly feels that he has learned the error of his ways and is ready to be done with the legal system and get his life together. He has come to realize that he has to be there for his Children to set a better example for them and be the respectable, responsible young man and father that we all know is inside of him. Seeing how his son is suffering from being away from his dad for a year now. This has had a very hard impact on him because he and his son are very close also to mention that he now has a 3 month daughter he has never held, talked with or even seen in person. our son is truly feeling the ramifications of his actions. With me being a Firefighter and my wife being a Flight Attendant we have the time and the resources to help our son formulate a plan to better assure his transformation back into Society with a new start on his life.

We have moved out of the District of Columbia into Aquasco located in Prince Georges County MD. away from the environment where his troubles began. Theodore has expressed a major interest in learning to be an electrician as a profession. With that be said, My wife and I have look into a trade School which is located here in the southern part of Maryland not very far from our home. We intend to enquire about enrollment and classes and such for him before he returns home so he could get started in a timely manner. Nothing can be changed from the past, but we can do all we can to have a better future. We have a large support system of family and close caring friends to make sure our sons transformation back into Society will be very successful. On behalf of his family we are asking that you to please take into consideration all of our points in this letter and please consider releasing our son Theodore as soon as possible so we can move on with our lives away from this dreadful situation. Thank you for your time, understanding and consideration.


Florine and Theodore Douglas II

To Whom This May Concern,

My name is Dominique Newsome and I am proud to offer my recommendation for, my younger brother, Theodore Douglas III.  I have watched my brother grow and mature over the past few years.  Since becoming a father to his son, Tymir Douglas, Mr. Douglas has displayed progress towards taking care of his responsibilities as well as serving as role model to his children, nieces and nephews.  I am confident that Mr. Douglas is capable and dedicated to being a contributing citizen to society.  He also has the continued support from his family to hold him accountable and ensure that he reaches his goals.  Thank you for your time concerning this matter.

Best,

Dominique Newsome

Surgical Coordinator/Dr. Paul Cooper

Foot & Hand Clinic

3800 Reservoir RD NW

Washington, DC. 20007

(Ph) 202-444-8331

(Fax) 202-444-5391