# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 20-cr-121 (CJN) |
| TAVONTE WILLIAMS, et al., | |
| *Defendants*. | |

## PRETRIAL ORDER

Trial is set to commence in this matter on **June 16, 2021**, at 9:00 a.m., in Courtroom 19. Jury selection will take place **on June 15, 2021**, at 9:00 a.m. in the Ceremonial Courtroom. Jury selection and the trial will be conducted in accordance with Appendix 8 of the Continuity of Operations Plan for COVID-19 (March 4, 2021). The following deadlines shall govern pre-trial proceedings:

1. The Parties shall file their pretrial motions (including motions *in limine*), if any, on or before **May 12, 2021**; oppositions shall be filed on or before **May 21, 2021**; and replies shall be filed on or before **May 26, 2021**.

2. The United States shall notify Defendant of its intention to introduce any Rule 404(b) evidence not already disclosed on or before **June 1, 2021**.

3. The United States should endeavor to make grand jury and Jencks Act disclosures as to each witness it expects to call in its case-in-chief on or before **June 1, 2021**. Any *Brady* material not already disclosed also must be disclosed by this date.

4. On or before **June 1, 2021**, counsel shall file a Joint Pretrial Statement that contains the following:

    a. <u>A neutral statement of the case.</u> The parties shall include a neutral

1

      statement of the case for the court to read to prospective jurors.

  b. <u>Proposed *voir dire* questions.</u>  The Parties shall indicate the *voir dire* questions on which they agree; and the *voir dire* questions on which they disagree with specific objections and relevant legal authority noted below each disputed question.

  c. <u>Proposed jury instructions</u>.  The Parties shall submit a list of all standard jury instructions from the "Red Book" (Criminal Jury Instructions for D.C. (Barbara A. Bergman ed., May 2016 ed.)) that they wish to include in the final instructions.  The Parties need not submit the full text of any standard jury instruction but should provide the full text of (1) any modified standard jury instruction, with the proposed modification(s) redlined, and (2) any non-standard jury instruction they wish to have the court include.  As to each non-standard jury instruction, the sponsoring party should cite legal authority for the proposed instruction, and the non-sponsoring party should state any objection to the instruction, including any proposed modifications.

  d. <u>List of witnesses.</u>  The Parties shall identify the witnesses that each side anticipates it may call in its case-in-chief.  Only upon leave of court and a showing of good cause will a party be permitted to withhold a witness's identity.

  e. <u>Exhibit lists.</u>  The Parties shall include an exhibit list that each side anticipates it may introduce in its case-in-chief.  The Parties need not list any exhibit that might be used for purposes of impeachment.  The Parties should confer with Courtroom Deputy Courtney Lesley about the format

    of the exhibit list.  The Parties should not provide a copy of the exhibits to the court but must exchange pre-marked exhibits.  The Parties must be prepared to raise objections to any proposed exhibit at the Pretrial Conference.  The objecting party shall bring three copies of any contested exhibit to the Pretrial Conference.

  f. <u>Stipulations.</u>  The Parties shall submit a draft of all stipulations.

  g. <u>Proposed verdict form</u>.  The Parties shall include a draft verdict form, including any special interrogatories.  The draft verdict form should include a date and signature line for the jury foreperson.

5. In addition to filing the Joint Pretrial Statement, on **June 1, 2021**, the Parties shall transmit, in Word format, an electronic copy of (a) any proposed modification to a standard jury instruction, (b) any non-standard jury instruction, and (c) the verdict form by email to the Courtroom Deputy Ms. Courtney Lesley at Courtney_Lesley@dcd.uscourts.gov.

6. Counsel shall appear on **May 28, 2021**, at 10:00 a.m., or a hearing on pretrial motions in Courtroom 19, if necessary.

7. In addition, counsel shall appear on **June 8, 2021**, at 10:00 a.m., for a Pretrial Conference in Courtroom 19.

Date: April 30, 2021

                CARL J. NICHOLS
                United States District Judge