**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 20-cr-121-CJN** |
| | ) | |
| **THEODORE DOUGLAS** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**DEFENDANT'S SUPPLEMENT TO SENTENCING MEMORANDUM**</u>

THEODORE DOUGLAS, through undersigned counsel, respectfully submits this supplement to his sentencing memorandum, filed April 23, 2021, ECF 69.  Mr. Douglas wishes to supplement this record with a letter from Mr. Douglas, attached as Exhibit B.

**Conclusion**

A sentence of one year and one day followed by a term of supervised release is a serious consequence that will more than adequately punish Mr. Douglas for his particular conduct and will also adequately deter any future wrongful conduct.  Thus, for the reasons stated above, including Mr. Douglas's history and characteristics, together with the other goals of sentencing, Mr. Douglas respectfully requests that the Court impose a sentence below the calculated guidelines range to be followed by a term of supervised release.

Respectfully submitted,


A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

# EXHIBIT B

I will be home to enroll me in
as a student so I can pursue my
associates degree in business management
which she is also paying for. My Uncle
works for D.P.W and has spoken to his
supervisor, who has given him an aplication
and has promised me a Job upon my
release. He has promised to stay
more involved in my life so that I
can stay out of trouble. I truely
miss my son and have not yet meet my
new born baby girl. Your honor I seek
The mercy of the court and ask the
peoples forgiveness. If given another
chance I just want to be a
responsible father to my children and a
law abiding Tax paying citizen.

                    Thank You
                    Theodore Douglas

First off I would like to seek
the mercy of the court as I
seek your forgiveness for comding
before you in this regard today but
I can promice you this, this will be
the last. Sitting over there for a
whole year while being in the cell
by my self for 23 hours a day I
realized that the inmature cycle
of behavior that landed me this
charge that brought me here today
that lasted through out my teens
and 20's is all a product of the
enviorment I was raised in. Now with
the help of GOD and my family, now that
I AM a grown man in my 30's with a
son and a new born baby girl I will
break this cycle by moveing out and
away from that nejihboorhood and
dissassociate my self from all elements
that promote that lifestyle. Along
with this move my mother has
sigend me up at the U.D.C trade school
for electricians which she is paying
for. She is waitting to see when