# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| vs. | : | Criminal No.: 20-CR-121 (CJN) |
| **THEODORE DOUGLAS,** | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**   Theodore Douglas

**Name and address of appellant's attorney:**   Eugene Ohm
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offens**e: 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.

**Concise statement of judgment or order, giving date, and any sentence:** Defendant sentenced to a term of Fifteen (15) Months of Incarceration followed by Thirty-Six (36) Months of Supervised Release (with conditions). Defendant further ordered to pay a special assessment of $100.00. No fine imposed.

**Name of institution where now confined, if not on bail:**   Central Detention Facility
Washington, D.C.

   I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.


May 14, 2021                                                                        Theodore Douglas
DATE                                                                                            APPELLANT


CJA, NO FEE ____ FPD _____                            Jose German
PAID USDC FEE __NO_____                                ATTORNEY FOR APPELLANT
PAID USCA FEE __NO_____


Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes