UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| vs. | : | Criminal No.: 20-CR-121 (CJN) |
| **THEODORE DOUGLAS,** | : | |
| Defendant. | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**     Theodore Douglas

**Name and address of appellant's attorney:**     Eugene Ohm
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offens**e: 18:922(g)(1); UNLAWFUL TRANSPORT OF FIREARMS, ETC.

**Concise statement of judgment or order, giving date, and any sentence:** Defendant sentenced to a term of Fifteen (15) Months of Incarceration followed by Thirty-Six (36) Months of Supervised Release (with conditions). Defendant further ordered to pay a special assessment of $100.00. No fine imposed.

**Name of institution where now confined, if not on bail:**     Central Detention Facility
Washington, D.C.

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

May 14, 2021                                                                       Theodore Douglas
DATE                                                                                     APPELLANT


CJA, NO FEE       FPD                                                Eugene Ohm
PAID USDC FEE    NO                                              ATTORNEY FOR APPELLANT
PAID USCA FEE    NO


Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes